■ In the Matter of GERALD FRAZIER, Appellant, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, et al., Respondents. — Order of the Supreme Court, Orange County, dated February 1, 1980, affirmed, without costs or disbursements (see *People ex rel. Ternaku v LeFevre,* 58 AD2d 932). Hopkins, J. P., Gulotta, Margett and O'Connor, JJ., concur.